# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

———————

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of July, two thousand and eighteen.

Before:    Gerard E. Lynch,
            Susan L. Carney,
                  *Circuit Judges*,
            Alvin K. Hellerstein,*
                  *District Judge.*

_____

Cody A. Kimball,

        Plaintiff - Appellant,

V.

Village of Painted Post, Todd Kimmey, Officer,
Mayor Franklin, John & Jane Does, Donald Yost,
Robert Halm, in his individual and official capacities
as Chief of Police,

        Defendants - Appellees.

_____

**STATEMENT OF COSTS**

Docket No. 16-3264

    IT IS HEREBY ORDERED that costs are taxed in favor of Appellee Donald Yost in the amount of $380.80.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

_____
*Judge Alvin K. Hellerstein, of the United States District Court for the Southern District of New York, sitting by designation.

CERTIFIED COPY ISSUED ON 07/16/2018